THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WURZLER, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted June 14, 1943; decided June 18, 1943.

*William Wurzler,* in person, for motion.
*Nathaniel L. Goldstein, Attorney-General* (*Emil L. Cohen* of counsel), opposed.

Motion for leave to appeal from the order of the Appellate Division denying leave to prosecute appeal as a poor person denied, on the ground that it does not finally determine the pro-

ceeding within the meaning of the Constitution. We have no power to grant leave to appeal from the order of the County Court because an appeal therefrom is still pending in the Appellate Division.